B6F (Official Form 6F) (12/07)

In re **Christopher T. Constantine**, Case No. **15-40343**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. --- <br><br>**5TH Third Bank**<br>**5050 Kingsley Dr.**<br>**Cincinnati, OH 45263** | | - | **2012**<br>**Deficiency on foreclosed property** | | | | 20,400.00 |
| Account No. --- <br><br>**Capital One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | | - | **2013**<br>**Credit card charges** | | | | 12,910.00 |
| Account No. **xxxxxx5000** <br><br>**Disney Vacation Club**<br>**1390 Celebration Blvd**<br>**Celebration, FL 34747** | | - | **07/2008**<br>**Timeshare.Surrender** | | | | 1,500.00 |
| Account No. **xxxxx6348** <br><br>**Fifth Third Bank**<br>**MD 1MOC2N**<br>**Cincinnati, OH 45263** | | - | **Deficiency on foreclosed property** | | | | 93,000.00 |

__1__ continuation sheets attached

Subtotal (Total of this page)    127,810.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    S/N:40436-150218    Best Case Bankruptcy

In re **Christopher T. Constantine**, Case No. **15-40343**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. --- <br><br> **Navient** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773** | | - | 2008 <br> Student Loan | | | | 10,930.00 |
| Account No. **xxxx57-66** <br><br> **Purdue Federal Credit Union** <br> **PO Box 1950** <br> **West Lafayette, IN 47996** | | J | 2013 <br> Credit card charges | | | | 21,160.00 |
| Account No. **8461** <br><br> **Synchrony Bank/Care Credit** <br> **PO Box 960061** <br> **Orlando, FL 32896** | | - | 2013 <br> Credit card charges | | | | 560.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **32,650.00**

Total (Report on Summary of Schedules) **160,460.00**