UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Christopher T Constantine

Debtors(s)

Chapter 13 Case Number: 15-40343-CN 13

CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION PAYEES

To Trustee (mark one of the following):

__X__ I HAVE paid all domestic support obligations as that term is defined in 11 U.S.C.§101(14A) that have become due on or before the date of this certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) under any order of a court or administrative agency or under any statute.

_____ I HAVE NOT been required to pay a domestic support obligation as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute.

_____ I AM NOT CURRENT on domestic support obligation as that term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. I understand that I am NOT ELIGIBLE for discharge and am liable on this obligation.

Name: _____

Address: _____

_____

Name: _____

Address: _____

_____

Name: _____

Address: _____

_____

Dated: 5/10/2020                    _____
                                    Debtor

Dated: _____             _____
                                    Debtor

Case: 15-40343   Doc# 26   Filed: 05/26/20   Entered: 05/26/20 14:55:41   Page 1 of 1