```
United States Bankruptcy Court
Northern District of California
```

In re:                                                                Case No. 15-40343-CN
Christopher T. Constantine                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4          User: admin          Page 1 of 1          Date Rcvd: Aug 05, 2020
                              Form ID: ODTCOM      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db      #+Christopher T. Constantine,   2091 California St. Apt. 321,   Berkeley, CA 94703-1439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
     Debra L. Slone    on behalf of Debtor Christopher T. Constantine debraslone@hotmail.com, achamina@yahoo.com
     Martha G. Bronitsky    13trustee@oak13.com
     Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                                            TOTAL: 3

Form ODTCOM

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Christopher T. Constantine<br>Debtor(s) | Case No.: 15–40343 CN 13<br>Chapter: 13 |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE
## AFTER CASE COMPLETION

The estate of the above named Debtor(s) has been fully administered.

IT IS ORDERED THAT:

MARTHA G. BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.


Dated: 8/4/20                          By the Court:


                                       Charles Novack
                                       United States Bankruptcy Judge